UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 12-22976-CIV-SEITZ/WHITE

ANTONIO EUGENE MOSES,
    Petitioner,

v.

WARDEN W.T. TAYLOR,
    Respondent.
_____/

## ORDER DENYING PETITION FOR WRIT OF HABEAS CORPUS

THIS CAUSE is before the Court on the Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [DE-1] and the Report of Magistrate Judge [DE-30]. The Petition raised two claims: (1) BOP has not reviewed Petitioner for placement pursuant to the Second Chance Act and (2) BOP violated the First Amendment and Religious Freedom Restoration Act by denying Petitioner's request to transfer to a facility offering the LCP residential program. The Report recommends denying the Petition because Petitioner failed to exhaust his administrative remedies. Subsequent to the issuance of the Report, Petitioner was released by the Bureau of Prisons on August 8, 2013. *See http://www.bop.gov/inmateloc/* for BOP Register Number 41869-019. Because 28 U.S.C. § 2241 requires that a Petitioner be in custody, Petitioner's Petition is now moot. Accordingly, it is hereby

ORDERED that:

(1) Petitioner's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 [DE-1] is DENIED as moot.

(2) All pending motions not otherwise ruled upon are DENIED as moot.

(3) This case is CLOSED.

DONE and ORDERED in Miami, Florida, this 26th day of August, 2014.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge White
        All Counsel of Record/Pro se parties